**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDITH BEEBE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:13-cv-00687-RCJ-CWH |
| vs. ) | |
| ) | |
| FEDERAL HOME MORTGAGE CORP., ) | **ORDER** |
| ) | |
| Defendant. ) | |

This is a residential foreclosure avoidance case. Pending before the Court is Defendant's Motion to Dismiss (ECF No. 6). For the reasons given herein, the Court grants the motion. Plaintiff alleges in the Complaint that she justifiably relied on the truthfulness of ownership and assignments of the promissory note and deed of trust. The Court has repeatedly rejected such claims. Plaintiff's potential reliance was upon statements inducing her to enter into the mortgage, not upon anything other parties did with their interests in the mortgage after it was given. There is no impropriety in post-mortgage assignments or securitization. The "fraud" Plaintiff does allege is not only not fraud, it is relevant to the terms of the mortgage such that Plaintiff could have relied upon it to her detriment. The Court therefore grants the motion to dismiss.

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF Nos. 6) is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

IT IS SO ORDERED.

Dated this 16th day of September, 2013.

_____
ROBERT C. JONES
United States District Judge